174 So. 907

## Orville UNDERWOOD v. STATE.

8 Div. 456.

Court of Appeals of Alabama.
May 25, 1937.

RICE, Judge.
Appeal dismissed.

165 So. 924

## U. S. BOND & MORTGAGE CO. v. Minnie Lee ALLEN.

6 Div. 780.

Court of Appeals of Alabama.
Feb. 4, 1936.

Beddow, Ray & Jones, of Birmingham, for appellant.

J. C. Burton, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.

169 So. 914

## Russell VANDIVER v. STATE.

8 Div. 377.

Court of Appeals of Alabama.
May 26, 1936.

SAMFORD, Judge.
Affirmed.

165 So. 923

## Ivan VANN v. CITY OF HUNTSVILLE.

8 Div. 205.

Court of Appeals of Alabama.
Jan. 23, 1936.

PER CURIAM.
Appeal dismissed for want of prosecution.

169 So. 914

## Connie VAUGHN v. STATE.

6 Div. 998.

Court of Appeals of Alabama.
June 30, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

164 So. 926

## Logan VEASEY v. STATE.

4 Div. 201.

Court of Appeals of Alabama.
Nov. 19, 1935.

BRICKEN, Presiding Judge.
Affirmed.

170 So. 924

## L. VEASEY v. STATE.

4 Div. 275.

Court of Appeals of Alabama.
Nov. 10, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.